Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

October 22, 2022

**BY ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> **REQUEST DENIED.** The Clerk of Court is respectfully directed to reopen this matter and to restore this matter to the Court's calendar. A Status Conference is scheduled for October 31, 2022 at 10:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> SO ORDERED.
> /s/ Lewis J. Liman
> United States District Judge
> 10/24/2022

RE:   *Zayas v. Doral Realty LLC,* 21cv10131 (LJL)(OTW)

Dear Judge Liman:

Plaintiff files the letter motion seeking an extension of time to restore. This is Plaintiff's third request. I have asked the attorney of Defendant Doral Realty LLC if he consents to the extension of time, however, he has not responded.

Currently, the deadline to seek leave to reopen is October 22, 2022. Parties have exchanged a written settlement agreement and agreed to the remedial measures and monetary amount. Plaintiff has also executed the agreement. However, Defendant has not confirmed its acceptance of the terms. Consequently, left with no alternative, Plaintiff respectfully requests a one-week extension of time to restore this action.

I thank you very much for your consideration and am available to address any questions the court may have.

Respectfully,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc:  (via ECF)
Neil Torczyner, Esq.
Harfenist Kraut & Perlstein, LLP
*Attorneys for Doral Realty, LLC*