UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN ZAYAS, Individually and on Behalf of all Others Similarly Situated,<br><br>         Plaintiff<br><br>- against -<br><br>DORAL REALTY LLC and WEST 21 DELI AND GROCERY CORP<br><br>         Defendants | 21cv10131 (LJL)(OTW) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:   October 28, 2022

| | |
|---|---|
| LAW FIRM OF JAMES E. BAHAMONDE, P.C. | HARFENIST KRAUT & PERLSTEIN, LLP |
| By: /s/ James E. Bahamonde | By: /s/ Neil Torczyner |
| James E. Bahamonde<br>2501 Jody Court<br>North Bellmore, NY 11710<br>Tel: (646) 290-8258<br>james@civilrightsNY.com | Neil Torczyner<br>3000 Marcus Avenue, Suite 2E1<br>Lake Success, NY 11042<br>Tel. (516) 355-9600<br><br>ntorczyner@hkplaw.com |
| Attorney for Plaintiff | |

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

10/31/2022